

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00328-CV

**IN RE** Wesley J. **CRAWFORD**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
             Adrian A. Spears II, Justice
             Velia J. Meza, Justice

Delivered and Filed: June 25, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus on May 22, 2025. Relator has failed to comply with Texas Rules of Appellate Procedure 52.3(k) and 52.7. The court has determined that relator is not entitled to the relief requested based on the record and petition filed. Relator's petition for writ of mandamus is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CV00933, styled *Westland SA 1 dba Ridge at South Cross v. Wesley James Crawford, et al*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.